# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

William Robert Lufsky

Plaintiff

v.

St. Peter State Hospital

Defendants

Case No. Civil 00-2318 RHK/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections to the Report and Recommendation are overruled. The Report and Recommendation is adopted. Petitioner's application for a writ of habeas corpus is dismissed without prejudice.

DATE: November 16, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk